| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> Marianna Udem <br> Brigette McGrath <br> **ASK LLP** <br> 60 East 42nd Street, 46th Floor <br> New York, NY 10165 <br> Telephone: (212) 267-7342 <br> Facsimile: (212) 918-3427 <br> mudem@askllp.com <br> bmcgrath@askllp.com <br><br> *Counsel to Thomas A. Pitta, as Trustee of the RAD Sub-Trust A* |

| | |
|---|---|
| In re: <br><br> RITE AID CORPORATION, *et al.*,[1] <br><br>                               Debtors. | Chapter 11 <br><br> Case No. 23-18993 (MBK) <br><br> (Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A, <br><br>                               Plaintiff, <br> v. <br><br> Ashtel Studios, Inc, <br><br>                               Defendant. | Adv. No. 25-01459 |

## NOTICE OF SERVICE

Please take notice that on February 23, 2026, a copy of Plaintiff's *Written Discovery Requests and Initial Disclosures* were caused to be served on the following via First-Class Mail:

Jeffrey P, Nolan, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd
13th Fl
Los Angeles, CA 90067

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

Dated:  February 23, 2026　　　　　　　**ASK LLP**

*/s/ Brigette McGrath*
Brigette McGrath, Esq., NJ SBN 01000-2011
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3857
Email: bmcgrath@askllp.com

*-and-*

Marianna Udem, Esq., NJ SBN 03659-2006
60 East 42nd Street, 46th Fl.
New York, NY  10165
Telephone: (212) 267-7342
Email: mudem@askllp.com

*Counsel for Plaintiff*